IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBORAH HERZOG,

        Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

No. CV 07-703-ST

OPINION AND ORDER

**MOSMAN, J.**,

    On August 19, 2008, Magistrate Judge Stewart issued Findings and Recommendation ("F&R") (#28) in the above-captioned case recommending that I AFFIRM the Commissioner's decision with respect to the period from the alleged onset date until January 15, 2003, and REVERSE and REMAND for calculation and award of benefits with respect to the period beginning January 15, 2003. No objection to the F&R was filed.

## DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a *de novo* determination of those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate

judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any of the magistrate judge's F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and I ADOPT the F&R (#28) as my own opinion.

IT IS SO ORDERED.

DATED this   10th   day of September, 2008.

/s/ Michael W. Mosman  
MICHAEL W. MOSMAN  
United States District Court