IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DEBORAH HERZOG,

              Plaintiff,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

              Defendant.

No. CV 07-703-ST

JUDGMENT

**MOSMAN, J.,**

    Based on the Opinion and Order (#30) of the court filed September 11, 2008, adopting the Magistrate Judge's Findings and Recommendations (#28),

    IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED IN PART and REVERSED IN PART, to be REMANDED for the calculation and award of benefits consistent with the Opinion and Order (#30) of the court filed September 11, 2008.

    DATED this  12th  day of September, 2008.

                                    /s/ Michael W. Mosman
                                    MICHAEL W. MOSMAN
                                    United States District Judge

PAGE 1 - JUDGMENT