WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED'09 FEB 12 08:55 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**DEBORAH HERZOG,**                                    CV 07-703-ST

    Plaintiff,

vs.                                                      ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

    Attorney fees in the amount of $10,871.25 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $7,499.99, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney **at his current address shown above** the balance of $3,371.26, minus any user fee. Any amount withheld (including the EAJA fee offset) after all administrative and court attorneys fees are paid should be released to the claimant.

    DATED this \_\_\_\_ day of Feb. _____, 2009.

                                                        _____
                                                        United States District / Magistrate Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1